# Court of Appeals
# of the State of Georgia

ATLANTA, September 07, 201

*The Court of Appeals hereby passes the following order:*

## A13A0005. SHENNIELLE SHELLIE S. YOUHOING v. CLAYTON COUNTY POLICE DEPARTMENT et al.

Shennielle Shellie Youhoing and Mahabir Nanan filed suit against the Clayton County Police Department and several of its officers. Both Youhoing and Nanan filed pauper's affidavits requesting to proceed in forma pauperis. By order entered April 16, 2012, the trial court granted Youhoing's request. On June 26, 2012, however, the trial court entered an order denying Nanan's request. Youhoing filed a notice of appeal from the June 26 order.

Under OCGA § 15-19-51 (a) (1), it is unlawful for any person other than a duly licensed attorney at law to "practice or appear as an attorney at law for any person other than himself in any court of this state or before any judicial body." While a litigant may represent himself without counsel, he may not be represented by someone unauthorized to practice law. See *Eckles v. Atlanta Technology Group*, 267 Ga. 801 (485 SE2d 22) (1997). Accordingly, only a duly licensed attorney may file a notice of appeal to this Court on behalf of an individual who does not appear pro se. See *Congress Re-Insurance Corp. v. Archer-Western Contractors*, 226 Ga. App. 829 (487 SE2d 679) (1997). Because Youhoing is not authorized to practice law in this State, the notice of appeal she filed on behalf of Nanan is null and void. The proper, timely filing of a notice of appeal is an absolute requirement to confer jurisdiction upon this Court. *Lewis v. Countrywide Funding Corporation*, 225 Ga. App. 440 (484 SE2d 66) (1997). Because no valid, timely notice of appeal has been filed, this Court is without jurisdiction to consider this appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,* 09/07/2012

    *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
    *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*